PAUL B. BEACH, State Bar No. 166265
pbeach@lbaclaw.com
JAMES S. EICHER, State Bar No. 213796
jeicher@lbaclaw.com
ROCCO ZAMBITO, JR., State Bar No. 306115
rzambito@lbaclaw.com
JONATHAN C. MAGNO, State Bar No. 306295
jmagno@lbaclaw.com
LAWRENCE BEACH ALLEN & CHOI, PC
100 West Broadway, Suite 1200
Glendale, California  91210-1219
Telephone No. (818) 545-1925
Facsimile No. (818) 545-1937

Attorneys for Defendants
County of Ventura; Ventura County Sheriff's Office; Ventura County Sheriff Geoff Dean; Deputy Jason Fuller; Deputy Amber Voorhees; and Deputy Michael Schultz

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| KRISTOPHER R. REVELES, an individual,<br><br>    Plaintiff,<br><br>    vs.<br><br>COUNTY OF VENTURA; VENTURA COUNTY DEPUTY SHERIFF'S OFFICE; VENTURA COUNTY SHERIFF GEOFF DEAN, in his individual capacity; DEPUTY JASON FULLER; DEPUTY AMBER VOORHEES; DEPUTY MICHAEL SCHULTZ; and DOES 1 through 10, inclusive,<br><br>    Defendants. | Case No. CV 17-01066-SVW (JEMx)<br><br>Honorable Stephen V. Wilson<br><br>**STIPULATION TO DISMISS ENTIRE ACTION WITH PREJUDICE**<br><br>[FED. R. CIV. P 41(a)(1)(A)(ii)]<br><br>Action Filed: February 9, 2017<br>Trial Date:   December 5, 2017<br><br>*[Proposed Order filed concurrently herewith]* |

It is hereby stipulated by and between Plaintiff Kristopher R. Reveles and Defendants County of Ventura, Ventura County Sheriff's Office, Deputy Jason Fuller, Deputy Amber Voorhees, and Deputy Michael Schultz, through their

1

respective attorneys of record, that the above-captioned action be and hereby is dismissed in its entirety, with prejudice, with all parties to bear their own costs and attorney's fees, pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1)(A)(ii). Defendant Ventura County Sheriff Geoff Dean has been previously dismissed from this matter with prejudice.

IT IS SO STIPULATED:

Dated: October 20, 2017          LAW OFFICES OF BRIAN A. VOGEL. P.C.

By _____/s/ Brian A. Vogel_____
Brian A. Vogel
Attorneys for Plaintiff
Kristopher R. Reveles

Dated: October 20, 2017          LAWRENCE BEACH ALLEN & CHOI, PC

By _____/s/ James S. Eicher, Jr._____[1]
James S. Eicher, Jr.
Attorneys for Defendant
County of Ventura, Ventura
County Sheriff's Office;
Sheriff Geoff Dean;
Deputy Jason Fuller,
Deputy Amber Voorhees,
Deputy Michael Schultz

---

[1] As filer, I, James S. Eicher, Jr., attest that Brian A. Vogel concurs in the content of the Stipulation and has authorized its filing.

2